·The People of the State of New York ex rel. George Bernard, Appellant, v. Moses M. McKee, as Special Deputy Commissioner of Excise, and Maynard N. Clement, as State Commissioner of Excise, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Account of Proceedings of Edward J. Dunphy, as Executor of and Trustee under the Last Will and Testament of Katharine D. Callahan, Deceased, Respondent; Cornelius Callahan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas L. Martin, Respondent, v. Alfred H. Smith and Harrison B. Smith, Appellants.— Order affirmed, with ten dollars costs and disbursements on authority of *Hutchinson* v. *Bien* (104 App. Div. 214).

Attillio Piccirilli, Respondent, v. Angelo Julian, Appellant, Impleaded with Others. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Attillio Piccirilli, Respondent, v. Angelo Julian, Appellant, Impleaded with Others. (No. 2) — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Dennis E. Sheehan, Respondent, for an Order Directing Joseph Martin, Appellant, to Turn over Certain Moneys.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Transfer Tax upon the Estate of Sarah J. G. Spencer, Deceased. The Comptroller of the State of New York, Appellant; William Augustus Spencer and Others, as Executors, etc., of Sarah J. G. Spencer, Deceased, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alfred L. Hodge v. International Registry Company.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Willis Avenue Bridge.— Motion to dismiss appeal denied.

Alexander R. Baxter v. William E. Servic.— Motion to dismiss appeal granted, with ten dollars costs.

Mary A. McClain v. Ada Bird and Others.— Motion to dismiss appeal granted. See memorandum per curiam.

In the Matter of Charles T. Dunning, etc.— Motion denied on terms stated in order.

Horace Russell and Others, as Executors, etc., v. Isaac A. Heidelberg and Others.— Motion denied, with ten dollars costs.

In the Matter of John Halstead, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.

Mary L. Hall v. Metropolitan Street Railway Company.— Motion denied on terms stated in order.

Robert Townsend v. Sidney S. Meyers.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Benjamin Sanders, Deceased.— Motion denied on terms stated in order.

Patrick A. Fogerty v. William P. Fogerty. (No. 1.) — Motion denied, with ten dollars costs.